United States District Court
Southern District of Texas
**ENTERED**
November 05, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GUSTAVO JIMENEZ AGUILAR, *et al.*, | § | |
| *Plaintiffs*, | § § § | |
| v. | § § | CIVIL ACTION H-15-458 |
| JEH JOHNSON, *et al.*, | § § § | |
| *Defendants*. | § § | |

# ORDER

On November 4, 2015, defendants filed a status report requesting that the court dismiss this cause of action for mootness. Dkt. 26. Plaintiff does not oppose this request. Attached to the status report is a decision issued by defendant U.S. Citizenship and Immigration Services ("USCIS") granting plaintiff Gustavo Aguilar's request for removal of the conditional basis of his permanent resident status. Dkt. 1, Ex. 1. The decision states that plaintiff is "deemed to be an unconditional lawful permanent resident of the United States as of the date of [his] original admission or adjustment of status." *Id*. at 2. Accordingly, this cause of action is DISMISSED as moot.

Signed at Houston, Texas on November 5, 2015.

_____
Gray H. Miller
United States District Judge